UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDDIE MUNGEN; CHRISTIAN
MATTILA; and KEVIN BERRIOS,

        Plaintiffs,

v.                                          Case No. 6:17-cv-362-Orl-37GJK

LOYAL SOURCE GOVERNMENT
SERVICES, LLC,

        Defendant.
_____

## ORDER

This matter is before the Court on the following matters: (1) Parties' Renewed Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 40 ("**Joint Motion**")); (2) U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 42 ("**Report**")); and (3) a Joint Notice of No Objection (Doc. 43 ("**Joint Notice**")).

### DISCUSSION

On April 5, 2018, the Joint Motion was referred to U.S. Magistrate Judge Gregory J. Kelly ("**Judge Kelly**") for issuance of a report and recommendation. (Doc. 41.) Judge Kelly then promptly issued the Report (Doc. 42), and the parties filed the Joint Notice (Doc. 43). According to the Joint Notice, the parties agree that they will not file objections to the Report. (Doc. 43.) Absent objections, the Report is not subject to de novo review under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *See Garvey v. Vaugh*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, after a clear error review, the Court "may accept, reject, or modify" the Report. *See* 28 U.S.C. § 636(b)(1)(C); *see also Wiand v. Wells*

*Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016). Upon review, the Court finds that the Report is free of error; thus, it is due to be adopted in its entirety.

## Conclusion

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 42) is **ADOPTED, CONFIRMED**, and made part of this Order.

2. The Parties' Renewed Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 40) is **GRANTED**.

3. The Settlement Release of Claims Agreement (Doc. 40-1) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED TO CLOSE** this file.

**DONE AND ORDERED** in Orlando, Florida, this 24th day of April, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record